UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRENTON McELROY (#433699)

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO. 06-426-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 28, 2008 (doc. no. 16). The defendant filed an objection which the court has considered in conducting a *de novo* review of the record.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.   Accordingly, the petitioner's application for habeas corpus relief is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 14th day of August, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE